FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Oct 06, 2023

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>    v.<br><br>TAYLOR LESLIE PROFFITT,<br><br>    Defendant. | No. 2:22-CR-00174-TOR-1<br><br>ORDER GRANTING DEFENDANT'S MOTION TO MODIFY CONDITIONS OF RELEASE<br><br>**MOTION GRANTED**<br>   **(ECF No. 28)** |

On October 4, 2023, the Court held a detention review hearing to consider TAYLOR LESLIE PROFFITT's Motion to Modify Conditions of Release. **ECF No. 28**. Defendant appeared out of custody represented by court-appointed counsel Zachary Ayers. Assistant U.S. Attorney Patrick Cashman represented the United States. U.S. Probation Officer Erik Carlson was also present.

Specifically, Defendant is set to complete inpatient treatment at ABHS on or about October 4, 2023, and seeks release to reside in Moses Lake, Washington with an individual who is currently on supervised release.

United States Probation finds with the proposed release plan appropriate and the United States defers to U.S. Probation. Based on the Government's deferral to U.S. Probation's recommendation, the Court deems the United States to continue to agree that regardless of the presumption of detention in this case, the release conditions imposed in this Order and the prior Order at ECF No. 26 are both a sufficient combination of conditions that will reasonably assure Defendant's appearance at future proceedings and a sufficient combination of conditions that will reasonably assure the safety of other persons and the community if Defendant is released.

**IT IS ORDERED:**

ORDER - 1

1. After consideration of Defendant's Motion, **ECF No. 28**, the Court **GRANTS** Defendant's Motion as follows: Defendant shall be released from inpatient substance treatment at ABHS on or about October 4, 2023, to reside with Forest Herzog in Moses Lake, Washington, on the previously ordered conditions of pretrial release set forth in the Court's prior Order at ECF No. 26 subject to the following modifications and additional conditions, including that she appears for all hearings and that she remains in contact with her counsel. The Court strikes Condition Nos. 12 and 18 in the Order Following Detention Review Hearing, ECF No. 26, and imposes the following additional conditions:

   **(1)** Defendant must reside at the residence of Forest Herzog in Moses Lake, Washington and may not change residences without prior approval from Pretrial Services.

   **(2)** Defendant shall participate in outpatient treatment as recommended and follow all treatment recommendations of treatment and Pretrial Services.

   **(3)** Defendant shall submit to random urinalysis and/or breathalyzer testing and/or sweat patch testing as directed by the United States Probation/Pretrial Services Office for determining whether the Defendant is using a prohibited substance. Such methods may be used with random frequency and include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing up to six times per month.

   **(4)** Defendant shall refrain from any use of alcohol.

   IT IS SO ORDERED.

   DATED October 6, 2023.



_____
JAMES A. GOEKE
UNITED STATES MAGISTRATE JUDGE

ORDER - 2